Judge Buchwald

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                    :

        - v. -                    :          10 Cr.

RASHEED DAVIS,

        Defendant.                    :

- - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1 8 MAY 2010
INDICTMENT

1 0 CRIM 432

COUNT ONE
(Sex Trafficking)

The Grand Jury charges:

1.     From in or about April 2010, up to and including
on or about May 6, 2010, in the Southern District of New York and
elsewhere, RASHEED DAVIS, the defendant, unlawfully, willfully
and knowingly, in and affecting interstate commerce, did recruit,
entice, harbor, transport, provide, obtain, and maintain, by any
means a person, and did benefit, financially and by receiving
anything of value, from participation in a venture which has
engaged in any such act, knowing that means of force, threats of
force, fraud, and coercion, and any combination of such means,
would be used to cause the person to engage in a commercial sex
act, and that the person had not attained the age of 18 years and
would be caused to engage in a commercial sex act, to wit, DAVIS
recruited, enticed, transported, provided, and maintained an
individual who was less than 18 years old ("Victim-1") to engage
in commercial sex acts that benefitted DAVIS financially, and, on
at least one occasion, DAVIS used force, threats of force, and

coercion to compel Victim-1 to engage in a commercial sex act
with another person ("Client-1") for a fee of $300, which was
ultimately paid to DAVIS.

                    (Title 18, United States Code,
                  Sections 1591(a) & (b)(1), and 2.)


                      FORFEITURE ALLEGATION

        2.   As a result of committing the sex trafficking
offense, in violation of Title 18, United States Code, Sections
1591(a) & (b)(1), and 2, alleged in Count One of this Indictment,
RASHEED DAVIS, the defendant, shall forfeit to the United States,
pursuant to Title 18, United States Code, Section 1594:  (1) any
property, real and personal, used or intended to be used to
commit or to facilitate the commission of the offense; and (2)
any property, real and personal, constituting or derived from,
any proceeds obtained, directly or indirectly, as a result of the
offense.

                     Substitute Asset Provision

        3.   If any of the above-described forfeitable
property, as a result of any act or omission of the defendant:

        (a) cannot be located upon the exercise of due
diligence;

        (b) has been transferred or sold to, or deposited with,
a third person;

        (c) has been placed beyond the jurisdiction of the
Court;

                               2

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) and 28 U.S.C. § 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

> (Title 18, United States Code, Section 1594;
> Title 21, United States Codes, Section 853; and
> Title 28, United States Code, Section 2461.)

_____
FOREPERSON

_____
PREET BHARARA                    JSK
United States Attorney

3

Form No. USA-33s-274 (Ed. 9-25-58)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

### UNITED STATES OF AMERICA

### - v. -

### RASHEED DAVIS,

### Defendant.

### INDICTMENT

10 Cr.

(18 U.S.C. §§ 1591(a) & (b)(1), and 2.)

PREET BHARARA
United States Attorney.

**A TRUE BILL**

Foreperson.

5-18-10
We
Filed Indictment. Case assigned to J. Buchwald

Francis
U.S.M.J