UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  06/26/2015
```

──────────────────────────────── )
UNITED STATES OF AMERICA,        )
                                 )
                    Plaintiff,   )    FINAL ORDER OF FORFEITURE
                                 )
        - against -               )
                                 )    No. S1 10 Cr. 432 (NRB)
RASHEED DAVIS                    )
                                 )
                                 )
                    Defendant.   )
                                 )
──────────────────────────────── )

        WHEREAS, on or about March 29, 2011, RASHEED DAVIS (the "defendant"), was charged in a single-count Superseding Information, S1 10 Cr. 432 (NRB) (the "Information"), with arranging, inducing, procuring, or facilitating the interstate travel of another for the purpose of engaging in illicit sexual conduct for the defendant's financial gain, in violation of Title 18, United States Code, Section 2423(d) (Count One);

        WHEREAS, the Information included a forfeiture allegation, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 2428, of any property, real and personal, used or intended to be used to commit or to facilitate the commission of the offense, including but not limited to the following: (a) One White 1999 Mercedes E-320, VIN# WDBJF65H9XA794892; and (b) any property, real and personal, constituting or derived from and proceeds obtained directly or indirectly as a result of the offense, including but not limited to $300 in United States currency, in that such sum in aggregate is property representing the amount of proceeds obtained as a result of the offense charged in Count One of the Information;

WHEREAS, on September 23, 2010, the Government filed a Bill of Particulars identifying the following property as being subject to forfeiture as a result of the offense described in Count One of the Information:

- a. One White 1999 Mercedes E-320, VIN# WDBJF65H9XA794892;

- b. $1,057.00 in United States currency seized from 1117 East 215th Street, Bronx, New York;

- c. $227.00 in United States currency seized from the defendant at the time of his arrest;

- d. $300.00 in United States currency seized from the One White 1999 Mercedes E-320, VIN# WDBJF65H9XA794892;

(collectively, the "Specific Property");

WHEREAS, on or about March 30, 2011, the defendant pled guilty to Count One of the Information pursuant to a plea agreement with the Government, wherein the defendant agreed to forfeit to the United States, (i) a sum of money equal to at least $300.00 in United States currency, representing the amount of proceeds that the defendant obtained directly or indirectly as the result of the offense alleged in Count One of the Information; and (ii) all right, title and interest of the defendant in the Specific Property;

WHEREAS, on or about August 10, 2011, the defendant was sentenced to a money judgment in the amount of $300.00 and ordered to the forfeiture of all of the his right, title and interest in the Specific Property to the United States;

WHEREAS, on or about August 11, 2011, the Court entered a Preliminary Order of Forfeiture (a copy of which is attached hereto as Exhibit A), which (1) imposed a money judgment (the "Money Judgment") against Rasheed Davis in the amount of $300.00, and (2) ordered the forfeiture to the United States of all of his right, title and interest in the Specific Property;

WHEREAS, the Preliminary Order of Forfeiture directed the United States to publish, for at least thirty consecutive days, notice of the Order, notice of the United States' intent to dispose the Specific Property, and the requirement that any person asserting a legal interest in the Specific Property must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Section 853(n)(2) and (3);

WHEREAS, pursuant to the provisions of Title 21, United States Code, Section 853(n)(1), Rule 32.2(b)(6) of the Fed. R. Crim. P., and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions the Government published notice of the Consent Order of Forfeiture/Preliminary Order of Forfeiture and the intent of the United States to dispose of the Specific Property on www.forfeiture.gov, the official U.S. government internet site, beginning on August 3, 2012, and continuing for thirty consecutive days thereafter. Proof of publication (a copy of which is attached hereto as Exhibit B) was filed with the Court on June 24, 2015;

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear tittle to any forfeiture property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of the forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

WHEREAS, no person has filed a petition or claim asserting any interests in the Specific Property and the time to do so has expired;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. All right, title and interest in the Specific Property is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2. Pursuant to Title 21, United States Code, Section 853(n)(7), the United States of America shall and is hereby deemed to have clear title to the Specific Property.

3. The United States Marshals Service shall take possession of the Specific Property and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

4. The Clerk is hereby directed to send four certified copies of this Order to AUSA Kan M. Nawaday, United States Attorney's Office, One St. Andrew's Plaza, New York, New York 10007.

SO ORDERED:

_____
HONORABLE NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

June 25, 2015
Date

# EXHIBIT A

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/11/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
UNITED STATES OF AMERICA            :
                                    :   ORDER OF FORFEITURE/
                                    :   PRELIMINARY ORDER OF
                                    :   FORFEITURE AS TO
        -v.-                        :   SPECIFIC PROPERTY
                                    :
RASHEED DAVIS,                      :   S1 10 Cr. 432 (NRB)
                                    :
            Defendant.              :
                                    :
------------------------------------x

WHEREAS, on or about March 29, 2011, RASHEED DAVIS (the "defendant"), was charged in a single-count Superseding Information, S1 10 Cr. 432 (NRB) (the "Information"), with arranging, inducing, procuring, or facilitating the interstate travel of another for the purpose of engaging in illicit sexual conduct for the defendant's financial gain, in violation of Title 18, United States Code, Section 2423(d) (Count One);

WHEREAS, the Information included a forfeiture allegation, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 2428, of any property, real and personal, used or intended to be used to commit or to facilitate the commission of the offense, including but not limited to the following: (a) One White 1999 Mercedes E-320, VIN# WDBJF65H9XA794892; and (b) any property, real and personal, constituting or derived from and proceeds obtained directly or indirectly as a result of the offense, including but not limited to $300 in United States currency, in that such sum in aggregate is

property representing the amount of proceeds obtained as a result of the offense charged in Count One of the Information;

WHEREAS, on September 23, 2010, the Government filed a Bill of Particulars identifying the following property as being subject to forfeiture as a result of the offense described in Count One of the Information:

- a. One White 1999 Mercedes E-320, VIN# WDBJF65H9XA794892;

- b. $1,057.00 in United States currency seized from 1117 East 215th Street, Bronx, New York;

- c. $227.00 in United States currency seized from the defendant at the time of his arrest;

- d. $300.00 in United States currency seized from the One White 1999 Mercedes E-320, VIN# WDBJF65H9XA794892;

(collectively, the "Specific Property");

WHEREAS, on or about March 30, 2011, the defendant pled guilty to Count One of the Information pursuant to a plea agreement with the Government, wherein the defendant agreed to forfeit to the United States, (i) a sum of money equal to at least $300 in United States currency, representing the amount of proceeds that the defendant obtained directly or indirectly as the result of the offense alleged in Count One of the Information; and (ii) all right, title and interest of the defendant in the Specific Property;

WHEREAS, pursuant to Title 21, United States Code, Section 853(g) and Rules 32.2(b)(3) and 32.2(b)(6) of the Federal

2

Rules of Criminal Procedure, the Government is now entitled, pending any assertion of third-party claims, to reduce the Specific Property to its possession and to notify any person who reasonably appears to be a potential claimant of its interest therein;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. As a result of the offense charged in Count One of the Information, a money judgment in the amount of $300.00 in United States currency (the "Money Judgment") shall be entered against the defendant.

2. As a result of the offense charged in Count One of the Information, all of the defendant's right, title and interest in the Specific Property is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of Title 21, United States Code, Section 853.

3. The Specific Property shall be applied towards the money judgment, in full satisfaction thereof.

4. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, upon entry of this Order of Forfeiture/Preliminary Order of Forfeiture, this Order is final as to the defendant, RASHEED DAVIS, and shall be deemed part of the sentence of the defendant, and shall be included in the judgment of conviction therewith.

5. Upon entry of this Order of Forfeiture/Preliminary Order of Forfeiture, the United States Marshals Service (or its

3

designee) is authorized to seize the Specific Property and hold the Specific Property in its secure, custody and control.

6.  Pursuant to Title 21, United States Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States shall publish for at least thirty (30) consecutive days on the official government internet forfeiture site, www.forfeiture.gov, notice of this Order of Forfeiture/Preliminary Order of Forfeiture. Any person, other than the defendant in this case, claiming an interest in the Specific Property must file a petition within sixty (60) days from the first day of publication of the notice on this official government internet site, or no later than thirty-five (35) days from the mailing of actual notice, whichever is earlier.

7.  This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the Specific Property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title and interest in the Specific Property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to Title 21, United States Code, Section 853(n).

4

8. Pursuant to Rule 32.2(b)(6)(A) of the Federal Rules of Criminal Procedure, the Government shall send notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture in the ancillary proceeding.

9. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture with respect to the Specific Property pursuant to Title 21, United States Code, Section 853(n) and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, in which all third-party interests will be addressed.

10. All payments on the outstanding Money Judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Asset Forfeiture Unit, One St. Andrew's Plaza, New York, New York 10007, and shall indicate the defendant's name and case number.

11. Upon execution of this Order of Forfeiture/ Preliminary Order of Forfeiture, and pursuant to Title 21, United States Code, Section 853, the United States Marshals Service shall be authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

12. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

13. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, upon entry of this Order of Forfeiture/Preliminary Order of Forfeiture, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas, pursuant to Rule 45 of the Federal Rules of Civil Procedure.

14. The Clerk of the Court shall forward three certified copies of this Order to Assistant United States Attorney Kan M. Nawaday, Asset Forfeiture Unit, One St. Andrew's Plaza, New York, New York, 10007.

Dated: New York, New York
August 10, 2011

SO ORDERED:

HONORABLE NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

# EXHIBIT B

PREET BHARARA
United States Attorney for the
Southern District of New York
By:    KAN M. NAWADAY
Assistant United States Attorney
One Saint Andrew's Plaza
New York, New York 10007
Telephone: (212) 637-2311
Facsimile: (212) 637-2390
E-mail: Kan.Nawaday@usdoj.gov

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> - against - ) <br> ) <br> RASHEED DAVIS ) <br> ) <br> Defendant. ) <br> ) | **DECLARATION OF PUBLICATION** <br><br> No. S1 10 Cr. 432 (NRB) <br><br> ECF CASE |

A Notice of Forfeiture Action concerning the Defendant in the above-captioned case was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on August 3, 2012 as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as evidenced by Attachment 1.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 24, 2015
       New York, New York

                                    /s/ KAN M. NAWADAY
                                    KAN M. NAWADAY
                                    Assistant United States Attorney

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK
## COURT CASE NUMBER: 10 CR. 432 (NRB); NOTICE OF FORFEITURE

Notice is hereby given that on August 11, 2011, in the case of U.S. v. Rasheed Davis, Court Case Number 10 CR. 432 (NRB), the United States District Court for the Southern District of New York entered an Order condemning and forfeiting the following property to the United States of America:

One White 1999 Mercedes E-320, VIN# WDBJF65H9XA794892 (10-FBI-006249)

$1,057.00 in United States currency seized from 1117 East 215th Street, Bronx, New York (10-FBI-006250)

$227.00 in United States currency seized from the defendant at the time of his arrest (10-FBI-006251)

$300.00 in United States currency seized from the One White 1999 Mercedes E-320, VIN# WDBJF65H9XA794892 (10-FBI-006253)

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (August 03, 2012) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, United States District Court, 500 Pearl Street, Room 120, New York, NY 10007, and a copy served upon Assistant United States Attorney Kan Nawaday, One St. Andrew's Plaza, New York, NY 10007. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.



## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between August 3, 2012 and September 01, 2012. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Rasheed Davis

**Court Case No:** 10 CR. 432 (NRB)
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 08/03/2012 | 24.0 | Verified |
| 2 | 08/04/2012 | 24.0 | Verified |
| 3 | 08/05/2012 | 24.0 | Verified |
| 4 | 08/06/2012 | 24.0 | Verified |
| 5 | 08/07/2012 | 24.0 | Verified |
| 6 | 08/08/2012 | 24.0 | Verified |
| 7 | 08/09/2012 | 24.0 | Verified |
| 8 | 08/10/2012 | 24.0 | Verified |
| 9 | 08/11/2012 | 24.0 | Verified |
| 10 | 08/12/2012 | 24.0 | Verified |
| 11 | 08/13/2012 | 24.0 | Verified |
| 12 | 08/14/2012 | 24.0 | Verified |
| 13 | 08/15/2012 | 24.0 | Verified |
| 14 | 08/16/2012 | 24.0 | Verified |
| 15 | 08/17/2012 | 24.0 | Verified |
| 16 | 08/18/2012 | 24.0 | Verified |
| 17 | 08/19/2012 | 24.0 | Verified |
| 18 | 08/20/2012 | 24.0 | Verified |
| 19 | 08/21/2012 | 24.0 | Verified |
| 20 | 08/22/2012 | 24.0 | Verified |
| 21 | 08/23/2012 | 23.8 | Verified |
| 22 | 08/24/2012 | 24.0 | Verified |
| 23 | 08/25/2012 | 24.0 | Verified |
| 24 | 08/26/2012 | 24.0 | Verified |
| 25 | 08/27/2012 | 24.0 | Verified |
| 26 | 08/28/2012 | 24.0 | Verified |
| 27 | 08/29/2012 | 24.0 | Verified |
| 28 | 08/30/2012 | 23.9 | Verified |
| 29 | 08/31/2012 | 24.0 | Verified |
| 30 | 09/01/2012 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.